# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISON

| | |
|---|---|
| JASON SHICK, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 6:23-cv-816-ADA-JCM |
| IC SYSTEM, INC. ET AL | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC

COMES NOW, Plaintiff Jason Shick, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Experian Information Solutions, Inc., in this matter.

1. Plaintiff and Defendant Experian Information Solutions, Inc., have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a notice of voluntary dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of voluntary dismissal as to Experian Information Solutions, Inc., along with any other relief the Court deems just and proper.

Dated: January 23, 2024

                                              Respectfully Submitted,

                                              **HALVORSEN KLOTE**

By:      <u>/s/ Joel S. Halvorsen</u>

            Joel S. Halvorsen, #67032
            680 Craig Road, Suite 104
            St. Louis, MO  63141
            P: (314) 451-1314
            F: (314) 787-4323
            joel@hklawstl.com
            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Joel S. Halvorsen, hereby certify that on this Tuesday, January 23, 2024 a copy of the foregoing document has been sent to all counsel of record via this Court's CM/ECF filing system.

                                            /s/ Joel S. Halvorsen_____