# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISON

JASON SHICK,                                    )
                                                )
                        Plaintiff,              )     Case No: 6:23-cv-816-ADA-JCM
                                                )
v.                                              )
                                                )
IC SYSTEM, INC. ET AL                           )
                                                )
                                                )
                                                )
                                                )
                        Defendants.             )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC AND EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., Plaintiff Jason Shick and Defendants Trans Union, LLC, and Equifax Information Services, LLC by and through their respective undersigned counsel hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendants Trans Union, LLC and Equifax Information Services, LLCwith each party to bear its own attorney's fees and costs.

Dated: February 16, 2024

**HALVORSEN KLOTE**

By:     /s/ Joel S. Halvorsen
        Joel S. Halvorsen, #67032
        680 Craig Road, Suite 104
        St. Louis, MO  63141
        P: (314) 451-1314
        F: (314) 787-4323
        joel@hklawstl.com
        *Attorneys for Plaintiff*

**TRANS UNION LLC**

By:     /s/Charlotte Ann Long. (with consent)
        Charlotte Ann Long
        Trans Union LLC
        554 Baroque Way
        Irving, TX 75060
        469-578-1464
        Email: charlotte.long@transunion.com
        *Attorney for Defendant Trans Union, LLC*

By:      /s/ Forrest Seger__

Forrest Mathew Seger, III
Clark Hill PLC
2301 Broadway St.
San Antonio, TX 78215
210-250-6162
Fax: 210-250-6100
Email: TSeger@clarkhill.com
*Attorneys for Defendant Equifax Information Services, LLC*

## CERTIFICATE OF SERVICE

The undersigned signature below is certification that a true and correct copy of this document was sent via court's electronic filing system this 16 February 2024, to all counsel of record.

*/s/ Joel S. Halvorsen*